THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY P. SUCKOW, EDWARD KAHKOSKA and EDWARD KOBERSKI, Appellants.

Argued November 14, 1946; decided January 16, 1947.

*Albert J. Sicree, Edward U. Green* and *Bert Koehler, Jr.,* for Edward Koberski, appellant.

*Joseph M. Lonergan, John F. X. Sheridan* and *Charles Vallone* for Henry P. Suckow, appellant.

*Joseph H. Gellman, James F. Fitzgerald* and *Louis M. Bornstein* for Edward Kahkoska, appellant.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.